## Commonwealth *v.* Herron, Appellant.

Argued April 14, 1975. *Leonard G. Ambrose, III,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, with him *Robert H. Chase,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Moore, Appellant.

Argued June 13, 1975. *I. Michael Luber,* with him *Teitelman, Sagot, Herring, Jennings & Luber,* for appellants; *Martin L. Trichon,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.